| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Lauren Rode**<br>**3700 Eagle Rock Blvd.**<br>**Los Angeles, CA 90065**<br>**(818) 254-8413**<br>**ecf@calgroup.org**<br>California State Bar Number: **281803**<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 27 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION** |
| In re:<br><br>**Dalia Isabel Aguilar**<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:15-bk-12115-RK**<br>CHAPTER: **7**<br><br>**ORDER ☐ GRANTING ☒ DENYING MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. § 522(f) AND FOR TURNOVER OF PERSONAL PROPERTY**<br><br>☒ No hearing held – **ORDER NOT FOR PUBLICATION**<br>☐ Hearing held |
| **Creditor Holding Lien to be Avoided** (name): **INTERNAL REVENUE SERVICE** ||

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by Stipulation

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor moved to avoid lien on personal property claimed to be exempt, with respect to creditor. The court finds and orders as follows:

1. ☒ Notice of this motion complied with LBR 9013-1(d).

2. ☒ Notice of this motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.

   b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 4003-2.2.AVOID.LIEN.PP.ORDER**

3. Motion granted:

   a. ☐ The liens sought to be avoided are non-purchase money security interests in personal property

   b. ☐ The personal property collateral is exempt under:

      (1) ☐ Calif. Code of Civil Procedure §_____ (household goods)

      (2) ☐ Calif. Code of Civil Procedure §_____ (jewelry)

      (3) ☐ Calif. Code of Civil Procedure §_____ (musical instruments)

      (4) ☐ Calif. Code of Civil Procedure §_____ (tools of trade)

      (5) ☐ Calif. Code of Civil Procedure §_____ (*specify*:_____ )

      (6) Other statute *(specify)*:

4. Motion denied on the following grounds:    ☐ With Prejudice    ☒ Without Prejudice

   a. ☐ Insufficient notice

   b. ☐ Failure to comply with FRBP 7004(b)(3) and Calif. Code of Civil Procedure, § 416.10 for corporations

   c. ☐ Failure to comply with FRBP 7004(h).

   d. ☐ Insufficient evidence of the exempt status of the property in question

   e. ☒ Other (*specify*): **11 U.S.C. § 522(f) can only be used to avoid judicial liens and nonpossessory, nonpurchase money security interests and cannot be used to avoid liens arising by statute, such as an IRS tax lien.  See *In re DeMarah,* 62 F3d 1248, 1250-1252 (9th Cir. 1995).**

5. a. ☐ Turnover of property required under 11 U.S.C. § 542.

   b. ☐ The court further orders as follows (*specify*):

      ☐ See attached page

###

Date: April 27, 2015

_____
Robert Kwan
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 2                          **F 4003-2.2.AVOID.LIEN.PP.ORDER**